# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:08cr137/MCR
                                                                       3:08mj345/MD

AMARO H. DEBARROS

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 3, 2009
Motion/Pleadings:   MOTION TO VOLUNTARILY DISMISS APPEAL
Filed by  Defendant/Appellant   on   4/02/2009   Doc.#   8
RESPONSES:
                                            on                     Doc.#
                                            on                     Doc.#

_____ Stipulated        _____ Joint Pldg.
__X__ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                          Deputy Clerk: Susan Simms

## *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 3rd day of April, 2009, that:*

    *The relief requested is GRANTED.  Defendant's appeal is dismissed.*

                                          s/ *M. Casey Rodgers*
                                            *M. CASEY RODGERS*
                                        *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.